■ In the Matter of the Claim of ENZO MARALDO, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. —Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 10, 1984.

Decision affirmed, without costs (see, Matter of Berger [Ross], 41 NY2d 1065). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

■ In the Matter of the Claim of LOUIS PAPPAS, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent.— Appeals from decisions of the Unemployment Insurance Appeal Board, filed September 5, 1984 and November 26, 1984.

Decisions affirmed, without costs (see, Matter of Berger [Ross], 41 NY2d 1065). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.